**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00246-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  ANGIE NICHOLSON HERNANDEZ,

    Defendant.

---

**MINUTE ORDER**[1]

---

The matter is before the court on defendant's **Notice of Disposition and Withdrawal of Ex Parte Motion [#41]** [#42] filed December 3, 2010.  Defendant requests that her change of plea hearing be set in late January, 2011.  In order to accommodate the defendant, the court has concluded that a telephonic setting conference should be held in order to set this matter on a date and time that is available for all parties.

**THEREFORE, IT IS ORDERED** as follows:

1.  On **December 9, 2010**, commencing at 10:30 a.m., the court shall conduct a telephonic setting conference to set this matter for a change of plea hearing;

2.  That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference;

3.  That defendant's request to withdraw her *ex parte* motion [#41] is **GRANTED**; and

4.  That defendant's *ex parte* motion [#41] is **WITHDRAWN**.

Dated:  December 3, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.