**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00246-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  ANGIE NICHOLSON HERNANDEZ,

    Defendant.

---

**MINUTE ORDER**[1]

---

On December 9, 2010, the court conducted a telephonic setting conference to set this matter for a change of plea. After conferring with counsel, and with their consent

**IT IS ORDERED** that on **March 18, 2011**, commencing at 8:00 a.m., the court shall conduct a change of plea hearing in the above-captioned matter.

Dated:  December 9, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.