**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00246-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  ANGIE NICHOLSON-HERNANDEZ,

    Defendant.

---

### MINUTE ORDER[1]

---

The matter is before the court *sua sponte*. This matter is set for a change of plea on Friday, March 18, 2011, at 8:00 a.m. A time has become available to conduct this hearing at 9:00 a.m. After conferring with counsel and with their consent,

**IT IS ORDERED** that the change of plea hearing set for March 18, 2011, at 8:00 a.m., is **VACATED**, at 8:00 a.m., and is **RESET** to **9:00 a.m.**, on this date.

Dated: March 7, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.