**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00246-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  ANGIE NICHOLSON-HERNANDEZ,

    Defendant.

**MINUTE ORDER**[1]

On March 18, 2011, the court conducted a telephonic setting conference to reset the change of plea hearing in this matter. After conferring with counsel and with their consent

**IT IS ORDERED** that on **June 3, 2011**, commencing at 8:00 a.m., the court shall conduct a change of plea hearing in this matter.

Dated: March 18, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.